UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ, | No. 2:19-cv-2423-WBS-EFB P |
| Plaintiff, | |
| v. | ORDER |
| S. JOHNSTON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 17, 2020, the Court denied plaintiff's application for leave to proceed in forma pauperis because plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g) and granted plaintiff fourteen days within which to pay the $400 filing fee for this action. ECF No. 12. Plaintiff was warned that failure to pay the filing fee within fourteen days would result in dismissal of this action. *Id.* Plaintiff has not paid the fee.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated:  July 6, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1